PEOPLE EX REL. EDWARD H. HUNT v. JUDGE OF THE CIR-
CUIT COURT FOR JACKSON COUNTY.

*Irregular plea in chancery.*

An irregular plea in chancery can be considered on appeal if impor-
tant to the final disposition of the case; mandamus does not lie
to set it aside.

MANDAMUS to set aside a plea. Submitted and denied
June 3.

*J. C. Lowell* for the motion.

PER CURIAM. Mandamus will not lie to compel a
judge to set aside a plea in chancery as irregular. Such
questions are to be settled on appeal if they should
become important on the final disposal of the cause.

They are frequently not important, and the practice should not be interfered with by other courts in this way.